EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| Ex Parte | 2010 TSPR 197 |
| Ruth Esther Cáliz López | 179 DPR _____ |

Número del Caso: TS-14,326

Fecha: 22 septiembre de 2010

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Ruth Esther Cáliz López

14,326

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señores Kolthoff Caraballo y Rivera García.

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de septiembre de 2010.

Examinada la Comunicación solicitando la Baja Voluntaria presentada por la Lcda. Ruth Esther Cáliz López, así como la comunicación de la Procuradora General, se le autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo